CLYDE & CO US LLP
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
Justin.hepworth@clydeco.us
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas Nevada 89128
Telephone: (725) 248-2900
Facsimile:  (725) 248-2907

*Attorneys for Defendant Philadelphia Indemnity
Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FREE SPEECH FOUNDATION, INC., an Arizona Corporation, and DR. SIMONE GOLD, as President of FREE SPEECH FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | Case No.  2:23-cv-01407-MMD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY TO REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY (ECF No. 11)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiffs Free Speech Foundation, Inc. and Dr. Simone Gold, (collectively "Plaintiffs") and Defendant Philadelphia Indemnity Insurance Company ("PIIC" or "Defendant"), by and through their respective counsel, that deadline for PIIC to file a reply in support of its Motion to Stay Discovery (ECF No. 11) shall be extended by seven (7) days, from November 28, 2023, until December 5, 2023.

This extension is being sought because of the need for additional time to prepare the reply due to the intervening Thanksgiving holiday.  The parties agree that this brief extension does not prejudice any of their interests nor will it delay the proceedings.

1    As such, the parties agree there is good cause for this extension.

2

3    DATED this 22nd day of November 2023      DATED this 22nd day of November 2023

4    CLYDE & CO US LLP                         WILEY PETERSEN

5    By: /s/ *Justin S. Hepworth*             By: /s/ *Jonathan D. Blum*

6    Amy M. Samberg (NV Bar No. 10212)         Jonathan D. Blum (NV Bar No. 09515)
     Justin S. Hepworth (NV Bar No. 10080)     1050 Indigo Drive, Suite 200B
     7251 West Lake Mead Boulevard, Suite 430  Las Vegas, Nevada 89145
7    Las Vegas, Nevada 89128

     *Attorney for Plaintiff*
8    *Attorneys for Defendant Philadelphia
     Indemnity Insurance Company*

9

10                                             **ORDER**

11       IT IS SO ORDERED.

12

13   _____
     United States Magistrate Judge

14

15   Dated:          11/27/2023

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER

<div style="text-align:left; writing-mode:vertical">CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128</div>

## **CERTIFICATE OF SERVICE**

As an employee of Clyde & Co US LLP, I certify that a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY TO REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY (ECF No. 11) (First Request)** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.  A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated:  November 22, 2023

 */s/  Rachel Salabak*
An Employee of Clyde & Co US LLP

STIPULATION AND ORDER