JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone No.  (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREE SPEECH FOUNDATION, INC., an Arizona Corporation, and DR. SIMONE GOLD, as President of FREE SPEECH FOUNDATION, INC.,<br><br>Plaintiff,<br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:23-cv-01407-MMD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE FIRST AMENDED COMPLAINT FILING DEADLINE**<br>**[FIRST REQUEST]** |

  Plaintiffs, Free Speech Foundation, Inc. ("AFLDS"), an Arizona Corporation, and Dr. Simone Gold ("Gold" or "Dr. Gold") (collectively, "Plaintiffs") by and through their counsel of record, Jonathan D. Blum, Esq. of WILEY PETERSEN, and Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("PIIC"), by and through its counsel of record, Amy M. Samberg, Esq. and Justin S. Hepworth, Esq. of the law firm Clyde & Co US LLP (collectively, the "Parties") hereby stipulate to extend the deadline for Plaintiffs to file their First Amended Complaint by two (2) weeks from Thursday, July 11, 2024 to Friday, July 26, 2024.

  Plaintiffs' counsel will be traveling out of state on a family vacation with limited internet access through July 12, 2024, and Defendant's counsel has graciously agreed to an extension.  Therefore the Parties agree that, with the Court's approval, the First Amended Complaint filing deadline shall be extended to Friday, July 26, 2024.

//

//

1

This stipulated extension is for good cause, and not for improper delay.

DATED this 1st day of July, 2024.                           DATED this 1st day of July, 2024.

**CLYDE & CO US LLP**                                        **WILEY PETERSEN**

By: /s/ Justin S. Hepworth                                   By: /s/ Jonathan D. Blum
Amy M. Samberg (NV Bar No. 10212)                            JONATHAN D. BLUM, ESQ.
amy.samberg@clydeco.us                                       Nevada Bar No. 9515
Justin S. Hepworth (NV Bar No. 10080)                        10000 W. Charleston Blvd., Suite 230
Justin.hepworth@clydeco.us                                   Las Vegas, Nevada 89135
7251 W. Lake Mead Boulevard, Suite 430                       Ph: 702.910.3329
Las Vegas Nevada 89128                                       jblum@wileyepetersenlaw.com

*Attorneys for Defendant Philadelphia Indemnity*             *Attorneys for Plaintiffs*
*Insurance Company*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/2/2024