Jeff Winchester, Esquire (NV Bar No. 10279)
**O'HAGAN MEYER**
300 South 4th Street, Suite 1250
Las Vegas, NV 89101
Telephone: 752-286-2801
Facsimile: 312-422-6110
*Attorneys for Defendant, Philadelphia Indemnity Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FREE SPEECH FOUNDATION, INC., an Arizona Corporation, and DR. SIMONE GOLD, as President of FREE SPEECH FOUNDATION, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:23-cv-01407-MMD-BNW <br><br><br><br><br><br> SUBSTITUTION OF ATTORNEY |

Defendant Philadelphia Indemnity Insurance Company ("PIIC") hereby substitutes Jeff Winchester, Esquire, O'Hagan Meyer, 300 South 4th Street, Suite 1250, Las Vegas, NV 89101, Telephone Number 752-286-2801, as attorney of record in place and stead of Amy M. Samberg, Esquire and Justin S. Hepworth, of Clyde & Co. US LLP.

DATED: January 16, 2025

_____
Signature of Party   /Valerie Polites/

I consent to the above substitution.

CLYDE & CO US LLP

DATED: 1/16/25   _____
Amy M. Samberg, Esquire
Justin S. Hepworth, Esquire

1 | I am duly admitted to practice in this District.

2 | Above substitution accepted.

3

**O'HAGAN MEYER**

4 | DATED: 01/16/25          /s/ Jeff Winchester

5 |                                         Jeff Winchester, Esquire

7 | Please check one: ___x___ RETAINED, or _____ APPOINTED BY THE COURT.

9 |                                         **APPROVED:**

12 | DATED: 1/31/2025

2