

DICKINSON WRIGHT PLLC
Brooks T. Westergard
Nevada Bar No. 14300
Email: BWestergard@dickinsonwright.com
100 West Liberty Street, Suite 940
Reno, Nevada  89501-1991
Tel:     775-343-7500
Fax:    844-670-6009

*Attorneys for Plaintiffs*
*Free Speech Foundation, Inc. and Dr. Simone Gold*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FREE SPEECH FOUNDATION, INC., an Arizona Corporation and DR. SIMONE GOLD, as President of FREE SPEECH FOUNDATION, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | 2:23-CV-01407-MMD-BNW <br><br> **SUBSTITUTION OF COUNSEL** |

Plaintiffs Free Speech Foundation, Inc. and Dr. Simone Gold hereby substitutes Brooks T. Westergard of Dickinson Wright PLLC, located at 100 West Liberty Street, Suite 940, Reno, NV 89501, (775) 343-7500, as attorneys of record in place and stead of Jonathan D. Blum of Wiley Petersen.

I consent to the above substitution.

Dated: ___Feb 5___, 2025

_____
Free Speech Foundation, Inc.

I consent to the above substitution.

Dated: ___Feb 5___, 2025

_____
Dr. Simone Gold

I consent to the above substitution.

1

Dated: 1/31/, 2025

_____
Jonathan D. Blum
Wiley Petersen

I am duly admitted to practice in this District.

Above substitution accepted.

Dated: February 6, 2025

_/s/ Brooks T. Westergard_
Brooks T. Westergard
Dickinson Wright PLLC

APPROVED:

Dated: February 12, 2025

_____
U.S. MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of DICKINSON WRIGHT PLLC and that on February 6, 2025, I caused a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** to be served by electronic mail through the Court's CM/ECF filing system upon counsel of record, addressed as follows:

CLYDE & CO US LLP
Amy M. Samberg
Justin S. Hepworth
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas Nevada 89128
Tel: (725) 248-2900
Fax: (725) 248-2907
Emails:   amy.samberg@clydeco.us
          Justin.hepworth@clydeco.us

*Attorneys for Defendant Philadelphia Indemnity Insurance Company*

/s/ Sherette W. Duffus
An Employee of Dickinson Wright PLLC

3