JEFFREY WINCHESTER (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Ste 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*

UNITED STATES DISCTICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREE SPEECH FOUNDATION, INC., an Arizona Corporation, and DR. SIMONE GOLD, as President of FREE SPEECH FOUNDATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILADELPHIA INDEMINITY INSURANCE COMPANY, <br><br> Defendant. | Case No.:  2:23-cv-01407-MMD-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY AND OTHER RELATED DEADLINES** <br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Free Speech Foundation, Inc. and Dr. Simone Gold (collectively, "Plaintiffs") and Defendant Philadelphia Indemnity Insurance Company ("PIIC"), by and through their undersigned counsel of record, that the parties stipulate to extend the un-expired discovery cut-off, initial expert disclosures, and rebuttal expert deadlines by 90-days pursuant to LR26-3.  As detailed below, this stipulation is made in good faith and not for purposes of delay.

**I.      DISCOVERY COMPLETED**

To date, the following discovery has been completed:

Plaintiffs have served their Rule 26 Initial Disclosures, First Set of Interrogatories, and First Set of Requests for the Production of Documents.  PIIC has served its Rule 26 Initial

Disclosures, First Set of Interrogatories, and First Set of Requests for the Production of Documents.

II. **DISCOVERY THAT REMAINS TO BE COMPLETED AND REASON SUPPORTING THE REQUESTED EXTENSION**

    A. <u>Discovery that Remains to be Completed</u>

The discovery that remains to be completed includes PIIC's responses to Plaintiff's First Set of Requests for the Production of Documents and responses to Plaintiff's First Set of Interrogatories. Remaining discovery also includes Plaintiffs' responses to PIIC's First Set of Interrogatories and First Set of Requests for the Production of Documents and, should they be necessary (as discussed in Section B), depositions.

    B. <u>Reason Supporting the Requests Extension</u>

PIIC recently retained O'Hagan Meyer as its legal counsel in this matter. A Substitution of Attorney was filed in this matter on January 16, 2025 [Doc. 30], which was granted on January 31, 2025 [Doc. 31]. Plaintiffs also recently retained Dickinson Wright to substitute as its counsel in this matter [Doc 32], which was granted on February 12, 2025 [Doc. 33]. These new firms require time to familiarize themselves with the case and otherwise get up to speed in order to respond to outstanding discovery requests and prepare further discovery requests, as detailed below.

Moreover, the parties have agreed to submit this matter to mediation before the Hon. Jackie Glass on March 10, 2025. The parties have discussed a focus of their efforts on mediation and require time to do so, with an aim of reaching settlement and closing this case, rendering further discovery moot.

III. **PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY AND FOR FILING DISPOSITIVE MOTIONS AND PRETIAL ORDER**

|   | **Current Deadlines:** | **Proposed Deadlines:** |
|---|---|---|
| 1. Initial Experts | 3/7/25 | 7/3/25 |
| 2. Rebuttal Experts | 4/7/25 | 8/8/25 |

2

| | | | |
|---|---|---|---|
| 3. | Discovery Cutoff | 5/8/25 | 9/5/25 |
| 4. | Dispositive Motions | 6/9/25 | 10/3/25 |
| 5. | Joint Pretrial Order | 7/9/25 | 11/5/25 |

Dated this 13th day of February, 2025

 /s/ Brooks Westergard    
Brooks T. Westergard, Esq.  
Nevada Bar No. 9515  
DICKINSON WRIGHT  
100 West Liberty, Suite 940  
Reno, NV 89501  
T: 775-343-7510  
E: bwestergard@dickinsonwright.com

*Attorneys for Plaintiffs*

/s/ Jeffrey Winchester  
JEFFREY WINCHESTER  
Nevada Bar No. 10279  
O'HAGAN MEYER  
300 S. 4th Street, Suite 1250  
Las Vegas, NV 89101  
T: 725-286-2801  
E: jwinchester@ohaganmeyer.com

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____  
UNITED STATES MAGISTRATE JUDGE

DATED: 2/14/2024_____, 2025

3