JEFFREY WINCHESTER (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Ste 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant Philadelphia Indemnity Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREE SPEECH FOUNDATION, INC., an Arizona Corporation, and DR. SIMONE GOLD, as President of FREE SPEECH FOUNDATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILADELPHIA INDEMINITY INSURANCE COMPANY, <br><br> Defendant. | Case No.:   2:23-cv-01407-MMD-BNW <br><br> **JOINT CASE STATUS REPORT** |

Pursuant to this Court's Order [Doc. No. 39], the Parties hereby submit their Joint Case Status report regarding the case pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:25-cv-00551, entitled *PHILADELPHIA INDEMNITY INSURANCE COMPANY, Plaintiff v. FREE SPEECH FOUNDATION, INC. D/B/A AMERICA'S FRONTLINE DOCTORS, SIMONE GOLD, KEVIN JENKINS, and TRENT LOOS, Defendants.*

1.  The Defendants in the Florida district court action have all appeared and filed responsive pleadings. The two competing groups of the Defendant FREE SPEECH FOUNDATION, INC. D/B/A AMERICA'S FRONTLINE DOCTORS ("AFLDS") filed separate appearances and responsive pleadings. Defendant Simone Gold and Gold's group of AFLDS

#10396697v1

also filed a Cross Claim against Defendant Trent Loos.

2. On June 9, 2025, Defendant Gold and the Gold group of AFLDS filed a motion to disqualify counsel for the Loos group of AFLDS, and after a hearing, the motion was denied without prejudice and refiled on November 7, 2025. The refiled motion to disqualify is being briefed and the court has yet to issue a ruling.

3. On June 25, 2025, Defendant Loos and the Loos group of AFLDS filed a motion to appoint a receiver for AFLDS that, after a hearing, was denied without prejudice on October 9, 2025. The motion to appoint a receiver was refiled on November 7, 2025. The re-filed motion is briefed but the court has yet to issue a ruling.

4. The parties are currently engaged in written discovery and the current discovery close date is May 26, 2026.

5. On December 2, 2025, Gold and the Gold group of AFLDS filed a motion for summary judgment that has yet to be fully briefed.

6. The case is set on the court's March 2027 trial term.

Dated this 8th day of December, 2025

Dickinson Wright PLLC

O'HAGAN MEYER

  /s/ Brooks Westergard  
Brooks Westergard
100 West Liberty Street, Suite 940,
Reno, NV 89501
*Attorneys for Plaintiffs*

  /s/ Jeff Winchester  
JEFFREY WINCHESTER
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendant Philadelphia Indemnity Insurance Company*

#10396697v1